IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,

v.                                    CRIMINAL NO. 3:03cr160WN

TAMMY DEFUNA

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against TAMMY DEFUNA without prejudice.

                                                 STAN HARRIS
                                                 Acting United States Attorney

                          By:     s/Sandra G. Moses

                                                 SANDRA G. MOSES
                                                 Assistant U.S. Attorney
                                                 GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 31st day of March, 2009.

                                                 HENRY T. WINGATE
                                                _____
                                                UNITED STATES DISTRICT JUDGE